# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF MISSISSIPPI
# GREENVILLE DIVISION

**SHERMON OBY**                                                                                         **PLAINTIFF**

**V.**                                                                             **NO. 4:10CV092-P-D**

**LT. ROBERT STURDIVANT, et al.**                                                   **DEFENDANTS**

## ORDER

In accordance with the opinion issued this day, Plaintiff's motion for temporary restraining order (docket entry 5) is DENIED.

**IT IS SO ORDERED.**

THIS the 31st day of August, 2010.

                                                       /s/ W. Allen Pepper, Jr.
                                                       W. ALLEN PEPPER, JR.
                                                       UNITED STATES DISTRICT JUDGE